# United States District Court
## Southern District of Georgia

DE' ANDRE MOODY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-108

WARDEN STANLEY WILLIAMS; DEPUTY WARDEN JAMES DEAL; CPT. ANDREW MCFARLANE; ERIC SMOKES; and ST. JOHNNY DAVIS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 11, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' motion to dismissed is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice. This civil action stands CLOSED.



August 11, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk